UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISMAHAN ISMAIL,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>AMAZON.COM,<br><br>　　　　　　　Defendant. | CASE NO. C16-1682JLR<br><br>ORDER |

Before the court is Plaintiff Ismahan Ismail's motion to appoint counsel. (Mot. (Dkt. # 12).) Mr. Ismail, who is proceeding *pro se* and *in forma pauperis* (10/31/16 Order (Dkt. # 2)), seeks a court-appointed attorney (*see* Mot.), which the court has discretion to request on his behalf, *see* 28 U.S.C. § 1915(e)(1). On January 30, 2017, pursuant to the Western District of Washington's plan for court-appointed representation of civil rights litigants, the court concluded that Mr. Ismail had demonstrated an adequate basis to refer his case to the Screening Committee. (*See* 1/30/17 Order (Dkt. # 13) (citing General Order, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation

ORDER - 1

1  of Pro Se Litigants in Civil Rights Actions)).)  The Screening Committee has

2  recommended the appointment of counsel.

3  No later than April 7, 2017, the court DIRECTS the Clerk to identify counsel from

4  the Pro Bono Panel who would be willing to represent Mr. Ismail in this action.  If the

5  Clerk cannot locate counsel within that timeframe who is willing to represent Mr. Ismail

6  on a pro bono basis, the court will be unable to appoint counsel.  If the Clerk timely

7  identifies pro bono counsel, the court will issue an order of appointment.[1]  The court

8  DIRECTS the Clerk to send a copy of this order to Mr. Ismail and to the Western District

9  of Washington's Pro Bono Coordinator.  Finally, the court DIRECTS the Clerk to renote

10 Mr. Ismail's motion for appointment of counsel (Dkt. # 12) for April 7, 2017.

11 Dated this 23rd day of February, 2017.

JAMES L. ROBART
United States District Judge

---

[1] In its January 30, 2017, order, the court vacated the initial scheduling order and indicated that it would "issue a new initial scheduling order after determining whether Mr. Ismail will receive appointed counsel." (1/30/17 Order at 2 (citing Sched. Order (Dkt. # 8)).)  Because the court has not yet determined whether Mr. Ismail will receive court appointed counsel, the court declines to set an initial scheduling order at this time.