THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| Ismahan Ismail,<br><br>    Plaintiff,<br><br>vs.<br><br>Amazon.com,<br><br>    Defendant | Case No.: 2:16-CV-01682-JLR<br><br>STIPULATION AND ORDER ALLOWING THE FILING OF FIRST AMENDED COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>June 30, 2017 |

Plaintiff, ISMAHAN ISMAIL, by and through her attorney, TIMOTHY J. FEULNER, and Defendant, AMAZON.COM, by and through its attorneys, JANINE C. BLATT, and JEFFREY C. DRUCKMAN, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 15(a)(2) that Plaintiff should be given leave to file the First Amended Complaint that is attached to this motion as Exhibit 1.

RESPECTFULLY SUBMITTED this 30th day of June, 2017

| | |
|---|---|
| s/ Timothy J. Feulner<br>TIMOTHY J. FEULNER, WSBA #45396<br>Attorney for Plaintiff<br>P.O. Box 40116<br>Olympia, WA 98504-0116<br>360-797-5715<br>Tim.feulner@gmail.com | s/Janine Blatt<br>Janine C. Blatt, WSBA #35508<br>DRUCKMAN & BLATT, P.C.<br>0424 S.W. Iowa Street<br>Portland, Oregon 97239<br>Tel: (503) 241-5033<br>Fax: (503) 241-9033<br>Email: Janine@jjdlaw.com<br>Attorney for Defendant |

STIPULATION AND ORDER ALLOWING THE FILING OF FIRST AMENDED COMPLAINT
NO. 2:16 CV-01682JLR

1

Timothy J. Feulner
P.O. Box 40116
Olympia, WA 98504
(360) 797-5715

## ORDER

The Court having reviewed the foregoing stipulation and being otherwise fully advised does hereby find and **ORDER**:

1. Plaintiff is granted leave to file the First Amended Complaint that is attached to the parties' stipulation as Exhibit 1; and

2. The Clerk of the Court shall file the First Amended Complaint that is attached to the parties' stipulation as Exhibit 1.

DATED this 30th day of June, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER ALLOWING THE FILING OF FIRST AMENDED COMPLAINT
NO. 2:16 CV-01682JLR

2

Timothy J. Feulner
P.O. Box 40116
Olympia, WA 98504
(360) 797-5715

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused to be electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Janine C. Blatt                janine@jjdlaw.com

Jeffrey J. Druckman            jeff@jjdlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 30th day of June, 2017, at Olympia, Washington

> s/ Timothy J. Feulner
> TIMOTHY J. FEULNER, WSBA #45396
> Attorney for Plaintiff
> P.O. Box 40116
> Olympia, WA 98504-0116
> 360-797-5715
> Tim.feulner@gmail.com

STIPULATION AND ORDER ALLOWING THE FILING OF FIRST AMENDED COMPLAINT
NO. 2:16 CV-01682JLR

3

Timothy J. Feulner
P.O. Box 40116
Olympia, WA 98504
(360) 797-5715