THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Ismahan Ismail,

    Plaintiff,

vs.

Amazon.com,

    Defendant

Case No.: 2:16-CV-01682-JLR

STIPULATION AND ORDER RENOTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTENDING DEADLINES

**NOTE ON MOTION CALENDAR:**
April 12, 2018

Plaintiff, ISMAHAN ISMAIL, by and through her attorney, TIMOTHY J. FEULNER, and Defendant, AMAZON.COM, by and through its attorneys, JANINE C. BLATT, and JEFFREY C. DRUCKMAN, hereby stipulate and agree to renote Defendant's motion for summary judgment pursuant to Local Civil Rule 7(l) and to extend deadlines related to the summary judgment motion. Specifically, the parties stipulate and agree to the following:

    1.    Defendant's motion for summary judgment will be renoted for April 27, 2018;

    2.    Plaintiff will file her response to the motion for summary judgment on or by April 20, 2018;

    3.    Consistent with Local Civil Rule 7(d)(3), Defendant will file its reply on or by April 27, 2018.

/ / /

/ / /

STIPULATION AND ORDER
RENOTING DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT AND
EXTENDING DEADLINES
NO. 2:16 CV-01682JLR

1

Timothy J. Feulner
P.O. Box 40116
Olympia, WA 98504
(360) 797-5715

1   Given the modest nature of the extension and the deadlines in the scheduling order, the
2   parties do not anticipate that this extension will affect any other deadlines.
3   RESPECTFULLY SUBMITTED this 12th day of April, 2018

s/ Timothy J. Feulner
TIMOTHY J. FEULNER, WSBA #45396
Attorney for Plaintiff
P.O. Box 40116
Olympia, WA 98504-0116
360-797-5715
Tim.feulner@gmail.com

s/Janine Blatt
Janine C. Blatt, WSBA #35508
DRUCKMAN & BLATT, P.C.
0424 S.W. Iowa Street
Portland, Oregon 97239
Tel: (503) 241-5033
Fax: (503) 241-9033
Email: Janine@jjdlaw.com
Attorney for Defendant

STIPULATION AND ORDER
RENOTING DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT AND
EXTENDING DEADLINES
NO. 2:16 CV-01682JLR

2

Timothy J. Feulner
P.O. Box 40116
Olympia, WA 98504
(360) 797-5715

**ORDER**

The Court having reviewed the foregoing stipulation and being otherwise fully advised does hereby find and **ORDER**:

1. The parties stipulated motion is **GRANTED**;

2. The Clerk of the Court shall renote Defendant's pending motion for summary judgment to April 27, 2018; and

3. The parties will be bound by the deadlines identified in the stipulation.

DATED this 12th day of April, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
RENOTING DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT AND
EXTENDING DEADLINES
NO. 2:16 CV-01682JLR

3

Timothy J. Feulner
P.O. Box 40116
Olympia, WA 98504
(360) 797-5715

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused to be electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Janine C. Blatt            janine@jjdlaw.com

Jeffrey J. Druckman        jeff@jjdlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 12th day of April, 2018, at Olympia, Washington

            s/ Timothy J. Feulner
            TIMOTHY J. FEULNER, WSBA #45396
            Attorney for Plaintiff
            P.O. Box 40116
            Olympia, WA 98504-0116
            360-797-5715
            Tim.feulner@gmail.com

STIPULATION AND ORDER RENOTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTENDING DEADLINES
NO. 2:16 CV-01682JLR

4

Timothy J. Feulner
P.O. Box 40116
Olympia, WA 98504
(360) 797-5715