THE HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Ismahan Ismail,<br><br>       Plaintiff,<br><br>vs.<br><br>Amazon.com,<br><br>       Defendant | Case No.: 2:16-CV-01682-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE FOR PLAINTIFF'S ATTORNEY TO WITHDRAW |

THIS MATTER came before the Court on the Motion for Leave to Withdraw from Representation of Plaintiff filed by Plaintiff's pro bono counsel. Having reviewed the motion and being fully advised does hereby find and **ORDER**:

1.    The Motion for Leave to Withdraw is **GRANTED**;

2.    Plaintiff's pro bono counsel is permitted to withdraw from his representation of Plaintiff;

3.    The Clerk shall amend the docket to reflect that Plaintiff now represents herself and all future pleadings and correspondence shall be sent to the mailing address identified in the motion for leave to withdraw;

4.    The Clerk shall mail a copy of this Order to the address identified on the Motion for Leave to Withdraw;

/ / /

/ / /

/ / /

[~~PROPOSED~~] ORDER
GRANTING LEAVE FOR
PLAINTIFF'S ATTORNEY TO
WITHDRAW
NO. 2:16 CV-01682JLR

1

Timothy J. Feulner
P.O. Box 40116
Olympia, WA 98504
(360) 797-5715

5.      Plaintiff shall keep the Court apprised of any change in her address.

DATED this _loth_ day of _June_, 2018

_[signature]_

JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

s/ Timothy J. Feulner
TIMOTHY J. FEULNER, WSBA #45396
Attorney for Plaintiff
P.O. Box 40116
Olympia, WA 98504-0116
360-797-5715
Tim.feulner@gmail.com

[PROPOSED] ORDER
GRANTING LEAVE FOR
PLAINTIFF'S ATTORNEY TO
WITHDRAW
NO. 2:16 CV-01682JLR

2

Timothy J. Feulner
P.O. Box 40116
Olympia, WA 98504
(360) 797-5715

1  **CERTIFICATE OF SERVICE**

2      I hereby certify that on the date below, I caused to be electronically filed the foregoing

3  documents with the Clerk of the Court using the CM/ECF system which will send notification of

4  such filing to the following CM/ECF participants:

5

6  Janine C. Blatt                        janine@jjdlaw.com

7  Jeffrey J. Druckman              jeff@jjdlaw.com

8      I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct.

10      EXECUTED   this 6th day of June, 2018, at Olympia, Washington

11                                    s/  Timothy J. Feulner
12                                    TIMOTHY J. FEULNER, WSBA #45396
                                  Attorney for Plaintiff
13                                    P.O. Box 40116
                                  Olympia, WA 98504-0116
14                                    360-797-5715
                                  Tim.feulner@gmail.com

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER
GRANTING LEAVE FOR                   3                   Timothy J. Feulner
PLAINTIFF'S ATTORNEY TO                               P.O. Box 40116
WITHDRAW                                          Olympia, WA 98504
NO. 2:16 CV-01682JLR                                (360) 797-5715